Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Erin Lee Getz

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ERIN LEE GETZ, | Case No.: 8:14-cv-01703-PJW |
| Plaintiff, | ORDER OF DISMISSAL AND JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses. This Order also constitutes a Final Judgment in this case.

IT IS SO ORDERED.

DATE: 08/20/15

_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

1 DATE: August 19, 2015   Respectfully submitted,

2                                       LAW OFFICES OF LAWRENCE D. ROHLFING

3                                       BY: /s/ *Vijay J. Patel*

4                                            Vijay J. Patel
                                           Attorney for plaintiff Erin Lee Getz

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 8:14-CV-01703-PJW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 19, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Vijay J. Patel*

_____
Vijay J. Patel
Attorneys for Plaintiff
_____